# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:18-mj-303-DCK |
| v. | |
| ANA ZOILA GATGENS MAYKALL | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the government's "Consent Motion To Dismiss Complaint" (Document No. 18) filed in this matter on October 8, 2018 with the Defendant's consent. The motion seeks an order dismissing the Complaint for Provisional Arrest in the above-captioned case.

**IT IS HEREBY ORDERED** that the "Consent Motion To Dismiss Complaint" (Document No. 18) is **GRANTED** and that the Complaint for Provisional Arrest in the above-captioned case be dismissed.

**SO ORDERED**.

Signed: October 9, 2018

David C. Keesler
United States Magistrate Judge